FILED
JUL 2 0 2009
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## FINDING RE PROBABLE CAUSE

On JULY 20, 2009, at 9:20 a.m., Agent EDWARD G. MARTINEZ-OLARTE of the UNITED STATES SECRET SERVICE appeared before me regarding the probable cause arrest of defendants MARIO LOPEZ MEJIA, ENRIQUE PEREZ, AND MIGUEL LOPEZ occurring on JULY 17, 2009 AT 6:18 P.M., at MANHATTAN BEACH, CALIFORNIA.

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists/does not exist** probable cause to arrest the defendant(s) for a violation of Title 18, United States Code, Section 472.

/ X / It is ordered that defendants MARIO LOPEZ MEJIA, ENRIQUE PEREZ, AND MIGUEL LOPEZ be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on JULY 20, 2009.

/____/ It is ordered that defendants MARIO LOPEZ MEJIA, ENRIQUE PEREZ, AND MIGUEL LOPEZ be discharged from custody on this charge forthwith.

DATED: July 20, 2009, at 9:20 (a.m)/p.m.

FERNANDO M. OLGUIN
_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES MAGISTRATE JUDGE